No. 97–6147. BUCKOM *v.* NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 97–6151. CHAPIN *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 97–6156. EVANS *v.* HORN, COMMISSIONER, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–6165. ATUAHENE *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 4th Cir. Certiorari denied.

No. 97–6182. BROWN *v.* NEW MEXICO. Sup. Ct. N. M. Certiorari denied.

No. 97–6193. O'NEAL *v.* CHEVRON U. S. A. INC. ET AL. Sup. Ct. Haw. Certiorari denied.

No. 97–6197. ALLEN *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 97–6215. WAINWRIGHT *v.* BOOZ, ALLEN & HAMILTON, INC. C. A. 4th Cir. Certiorari denied.

No. 97–6223. JOHNSON *v.* WASHINGTON, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 97–6235. RICKS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–6239. CASTILLO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–6246. GREEN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–6248. BOLIN *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 97–6252. OCHSNER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.